1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

11   CURTIS NETHER,                                        )
                                                           )        Case No. 2:16-cv-00569-GMN-NJK
                    Plaintiff(s),                          )
12                                                         )
     vs.                                                   )        ORDER
13                                                         )
     STATE FARM MUTUAL AUTOMOBILE                          )
14   INSURANCE COMPANY,                                    )        (Docket No. 9)
                                                           )
15                  Defendant(s).                          )
                                                           )
16

17          Pending before the Court is the filing by Plaintiff of a Rule 26(f) notice.  Docket No. 9.  Pursuant

18   to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court.  No

19   such order has been entered by the Court in this case.  Because the above document was filed in

20   violation of Local Rule 26-8, it shall be **STRICKEN** by the Clerk.

21          The Court **ORDERS** the parties and counsel to cease filing discovery documents on the docket

22   as required by Local Rule 26-8.  Failure to abide by this order and Local Rule 26-8 may result in

23   sanctions pursuant to, *inter alia*, Local Rule IA 4-1; F.R.C.P. 16(f).

24          IT IS SO ORDERED.

     DATED: March 18, 2016
25

26                                                    _____
                                                      NANCY J. KOPPE
27                                                    United States Magistrate Judge

28